# Exhibit A

FILED
Fayette Co. Circuit Court
4th Judicial Circuit
Date: 3/29/2021 4:30 PM
Kathy Emerick

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## FAYETTE COUNTY, ILLINOIS

| | |
|---|---|
| JONI DANIEL and LARRY DANIEL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | )     **2021CH3** |
| CHRISTIAN CARE MINISTRY, INC., a | ) |
| Florida not-for-profit corporation d/b/a | ) |
| MEDI-SHARE, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### COUNT I – Declaratory Judgment

NOW COME the Plaintiffs, JONI DANIEL and LARRY DANIEL (collectively the "Plaintiffs"), by Christopher A. Koester and Kara J. Wade of Taylor Law Offices, P.C., their attorneys, and as and for Count I of their Complaint, pursuant to 735 ILCS 5/2-701, against Defendant, CHRISTIAN CARE MINISTRY, INC., a Florida not-for-profit corporation d/b/a MEDI-SHARE (hereinafter referred to as "Medi-Share"), state:

1. Plaintiffs reside in Ramsey, Fayette County, Illinois.

2. Defendant, Medi-Share, is a Florida not-for-profit corporation registered to conduct business in the State of Illinois. It operates as a healthcare sharing ministry program.

3. Plaintiffs were involved in a vehicle accident on or about November 25, 2018. Plaintiff, Larry Daniel, was operating the Plaintiff's vehicle, and Plaintiff, Joni Daniel, was a passenger in the vehicle when it was rear-ended by another vehicle. Plaintiffs sustained injuries as a result of the collision.

4. At all relevant times mentioned herein, Plaintiff paid a premium to Medi-Share to be a Member of the healthcare sharing ministry program that was administered in accordance with

the Medi-Share Program Guidelines (the "Guidelines"). A copy of the Guidelines that were in place on or around the time of Plaintiffs' vehicle accident on November 25, 2018 are attached hereto and incorporated herein as Exhibit A.

5.   Following the vehicle accident on November 25, 2018, Plaintiffs submitted their medical bills to Medi-Share for sharing in accordance with the Guidelines.

6.   Since November 25, 2018, Medi-Share denied all medical bills submitted by Plaintiffs for sharing, claiming that the Guidelines required that most of the bills be paid by the at-fault third party that caused the vehicle accident.

7.   However, the Guidelines that were in place during November 25, 2018 do not contain a provision indicating that a bill relating to an injury caused by a third-party as a result of a vehicle accident is not eligible for sharing. The only provision relating to injuries by third parties is set forth in Section XII (B) of the Guidelines, which states that Members are encouraged to work with Medi-Share to pursue a claim against a property owner if a Member is injured on the property of another. Exhibit A, p. 37. The Guidelines contain a Section relating to Vehicle Accidents, but there is no exclusion of eligibility for sharing of bills for injuries received during an accident merely because it was the fault of a third party. Exhibit A, p. 36.

8.   The medical bills incurred by Plaintiffs relating to their injuries from the vehicle accident that were denied for sharing by Medi-Share total $140,889.05.

9.   Some of the medical bills that Medi-Share found to be ineligible for sharing were for medical services that were not related to the injuries suffered by Plaintiffs due to the vehicle accident. These unrelated bills that were denied for sharing by Medi-Share total $18,084.05.

10.   Plaintiffs have appealed the claim sharing determination by Medi-Share regarding all the bills submitted by Plaintiffs since November 25, 2018. Despite multiple emails and

2

telephone calls, no response was provided by Medi-Share to Plaintiffs' appeal. Plaintiffs complied with the Appeals process set forth in Section XIII of the Guidelines, but a review of the appeal by Medi-Share was never completed. Exhibit A, pp.38-39. Based on the non-responsiveness of Medi-Share, Plaintiffs could not proceed with the other steps outlined in the Appeals Section.

11.     Plaintiffs have satisfied all conditions precedent to obtaining coverage, including satisfaction of all relevant premiums and timely notification of the loss.

12.     An actual controversy has arisen by and between Plaintiffs and Medi-Share concerning whether Medi-Share has misapplied the Guidelines in making its sharing determination regarding the medical bills submitted by Plaintiffs since November 25, 2018.

WHEREFORE, the Plaintiffs, JONI DANIEL and LARRY DANIEL, pray that this Court adjudicate and determine the rights of the parties under the terms of the Guidelines and enter an order finding that the medical bills submitted by Plaintiffs after November 25, 2018 are eligible for sharing and providing such other and further relief as is just and equitable.

### COUNT II – Breach of Contract

NOW COME the Plaintiffs, JONI DANIEL and LARRY DANIEL, by Christopher A. Koester and Kara J. Wade of Taylor Law Offices, P.C., their attorneys, and as and for Count II of their Complaint against Defendant, CHRISTIAN CARE MINISTRY, INC., a Florida not-for-profit corporation d/b/a MEDI-SHARE (hereinafter referred to as "Medi-Share"), state:

1-11.     Plaintiffs recite and re-allege Paragraphs 1 through 11 of Count I of this Complaint as Paragraphs 1 through 11 of Count II, as if set forth fully herein.

12.     Medi-Share breached the terms of the Guidelines when it denied the medical bills submitted by Plaintiffs since November 25, 2018 as being eligible for sharing.

13.     Plaintiffs have been damaged by this breach as they have incurred $158,973.10 in

medical bills that should have been shared by Medi-Share in accordance with the Guidelines.

WHEREFORE, Plaintiffs, JONI DANIEL and LARRY DANIEL, respectfully requests that this Court enter judgment in their favor and against Defendant, CHRISTIAN CARE MINISTRY, INC., a Florida not-for-profit corporation d/b/a MEDI-SHARE, in the amount of $158,973.10 regarding its breach of the Guidelines concerning the medical bills submitted by Plaintiffs since November 25, 2018, plus Plaintiffs' costs associated with this action, and for any further and other relief deemed just and equitable.

**Plaintiffs Hereby Demand a Trial
By Jury of 12 Persons for All Claims Herein**

Respectfully submitted,

Joni Daniel and Larry Daniel, Plaintiffs

By: Taylor Law Offices, P.C.


By: */s/ Christopher A. Koester*
One of their attorneys


Prepared by:
Christopher A. Koester (#6208370)
Kara J. Wade (#6290986)
TAYLOR LAW OFFICES, P.C.
Attorney for Plaintiff
122 East Washington Avenue
Effingham, Illinois 62401
(217) 342-3925
koester@taylorlaw.net
wade@taylorlaw.net



# Medical Bill Sharing

Medi-Share® is administered on behalf of its members by Christian Care Ministry, Inc. (also referred to as Christian Care Ministry, Christian Care, and CCM). Although Medi-Share® is not subject to state and federal insurance regulation, certain states require publication of the following disclosure to meet exemption qualifications:

NOTICE: Medi-Share is not insurance or an insurance policy nor is it offered through an insurance company. Whether anyone chooses to assist you with your medical bills will be totally voluntary, as no other member will be compelled by law to contribute toward your medical bills. As such, Medi-Share should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not Medi-Share continues to operate, you are always personally responsible for the payment of your own medical bills. Medi-Share is not subject to the regulatory requirements or consumer protections of your particular State's Insurance Code or Statutes.

We encourage you to seek the advice of a health insurance professional to further explain the difference between state-regulated health insurance and mutual sharing ministries such as Medi-Share®.

As a Member of Medi-Share, which is one of CCM's programs, we often refer to you as a Member of CCM. This membership entitles you to receive and gain access to all of our free services and resources. In turn, we ask for your prayerful support of our efforts on behalf of the Christian community. Under Florida statutes, membership does not entitle you to any rights as a member of a corporation not for profit or otherwise.

Copyright 2018 · CCM All Rights Reserved.
Any biblical references contained herein are cited from THE HOLY BIBLE, NEW INTERNATIONAL VERSION · NIV
Copyright · 1973, 1978, 1984, 2011 by Biblica, Inc. · Used by permission. All rights reserved worldwide.

## QUICK REFERENCE

### Christian Care Ministry
P.O. Box 120099
West Melbourne, FL 32912-0099

Street Address:
4150 West Eau Gallie Blvd.
Melbourne, FL 32934

Phone: (800) 264-2562
Fax: (321) 308-7779

### Member Services
(800) 264-2562

memberservices@mychristiancare.org

### CCM Website
MyChristianCare.org

### Inquirers
(800) PSALM 23 (800-772-5623)

info@mychristiancare.org

### Fax Applications
(321) 722-5134

# Table of Contents



## MEMBERSHIP — 5

### I. Medi-Share Overview — 6
A. Biblical Model
B. Have a Vote
C. Guidelines Govern
D. No Ministry or Other Member Liability

### II. Membership Qualifications — 8
A. Christian Testimony
B. Healthy Lifestyle
C. Application Review
D. Health Partners
E. Spouse and Children
F. Adult Children of Members
G. Children of Members Who Apply for Individual Membership
H. 65 Years of Age and Older
I. U.S. Citizens Who Live or Have Lived Abroad
J. Non-U.S. Citizens
K. Life Milestones

### III. The Member's Role — 13
A. Medi-Share Is Not a Substitute for Insurance Required by Law

B. Individual Financial Institution Accounts
C. Review Monthly Share Notice
D. Praying and Sharing
E. Pre-Notification
F. Sharing Assistance
G. Cancellations and Withdrawals
H. Reapplication After Cancellation

## SHARING — 17

### IV. Medi-Share Program Options — 18
A. Annual Household Portion (AHP)
B. Changing Annual Household Portion
C. Maximum Sharing Limits
D. Health Incentive
E. Provider Fee

### V. Preferred Provider Organization (PPO) — 19
A. Using the Preferred Provider Organization (PPO)
B. Using Non-PPO Providers

### VI. Details of Sharing — 21
A. CMS or FDA Approved Treatment
B. Sharing During the First Month of Membership
C. Determining Eligibility for Sharing
D. Lifestyle
E. Sharing for Members 65 and Older
F. Pre-Existing Medical Conditions or Related Conditions
G. Optional Review for Pre-Existing Medical Conditions prior to Surgical/Medical Procedures
H. Care Management and Cost Management Support
I. Medical Conditions and Services Subject to Limited Sharing
J. Medical Conditions and Services Not Eligible for Sharing
K. Conflicts of Interest
L. Extra Blessings
M. Program Blessings



## SHARING (CONTINUED)

### VII. Maternity — 32
A. Eligibility for Sharing
B. Maternity Complications
C. Multiple Births
D. Newborn Status
E. Well-Child Care
F. Pregnancies of Unwed Mothers

### VIII. Adoption — 34

### IX. Conditions of Sharing — 35

### X. Motorized Vehicle Accidents — 36
A. Age, Safety, Equipment and Lifestyle
B. Motorcycle Injuries
C. Reporting Injuries

### XI. When a Member Dies — 37

### XII. Medi-Share is Secondary to Other Sources — 37
A. Members Entitled to Insurance or Other Benefits
B. Injury on the Property of Another
C. Medi-Share and Subrogation

### XIII. Appeals — 38
A. Impartiality
B. Sharing Appeal
C. Biblically Based Mediation and Arbitration

## GLOSSARY OF TERMS — 41



# I. MEDI-SHARE OVERVIEW

## A. Biblical Model

Medi-Share is a healthcare sharing ministry program administered by Christian Care Ministry, Inc. ("Christian Care Ministry" or "CCM"). Christian Care Ministry is a Florida not for profit corporation that is recognized as tax exempt under Internal Revenue Code 501(c)(3).

The purpose of Medi-Share is to bring Christians together to share God's blessings and to share each other's burdens. The concept of "sharing" is not new. For centuries, Christians all over the world have shared their lives, resources, and blessings as first outlined in the book of Acts.

Each month, the Members of Medi-Share contribute toward the Eligible Medical Bills of other Medi-Share Members, and are notified as to which Members their share dollars are helping. Eligible Medical Bills are paid with the funds of Members who faithfully share. The following Guidelines explain the program requirements and how CCM facilitates medical bill sharing.

## B. Have a Vote

Medi-Share Members have the opportunity to help create, amend and change these program Guidelines. Changes to the Guidelines may be made by the following:

1) By the Members – Once or twice a year, ballots with significant proposed changes to the Guidelines are submitted to the Members for voting. If at least 67% of the Members voting approve a Guideline change, then the change will be implemented.

2) By the Medi-Share Steering Committee – The Medi-Share Steering Committee is a group of Medi-Share Members. They are independent of CCM staff and not controlled by CCM's Board of Directors. The Steering Committee may modify the Guidelines on the Members' behalf if the changes do not involve major new restrictions or relaxations.

3) By the Board of Directors – The CCM Board of Directors aims to strengthen the Medi-Share program and/or protect its Members. They act independent of CCM staff. The Board may modify these Guidelines. Proposed Guideline changes by the Board of Directors must be presented to the Members on an upcoming ballot within 12 months of the Effective Date of the Board action. If the change is ratified by at least 67% of Members voting, then the change will become permanent. If not, the Guideline change will revert to its previous version at the close of balloting.

A list of Guideline changes is available at MyChristianCare.org for at least 24 months from the date of the change.

## C. Guidelines Govern

The Guidelines current at the time of service govern the program, not the Guidelines in effect when a Member joined. The most current version of the Guidelines is available at *MyChristianCare.org*. The Guidelines are final and will overrule any verbal statement made by anyone regarding the Medi-Share program.

## D. No Ministry or Other Member Liability

Medi-Share is not insurance. Medi-Share is a Healthcare Sharing Ministry as outlined in the Patient Protection Affordable Care Act. Each Medi-Share Member is solely responsible for the payment of his or her own medical bills at all times. Neither CCM nor other Members guarantee or shall be liable for the payment of a Member's medical bill. Further, no Member may or shall be compelled to make sharing contributions. If sharing occurs, the shared medical bills are paid by the Member that incurred the bill solely from voluntary contributions of Members, not from funds of CCM itself.

Neither CCM, Medi-Share nor its Members are insurance or an insurance company. The payment of your medical bills through Medi-Share or otherwise is not guaranteed in any way. Medi-Share is not, and should never be construed as, a contract for insurance or a substitute for insurance. There is no transfer of risk for any purpose from a Member to CCM or from a Member to other Members; nor is there a contract of indemnity between CCM and any Member or between the Members themselves.





MyChristianCare.org

# II. MEMBERSHIP QUALIFICATIONS

## A. Christian Testimony

Medi-Share membership is built on a foundation of like ideals agreed upon by the Members. The peace of mind of knowing the people sharing your contributions are not using your money for things that conflict with your faith is a blessing many Members enjoy.

All adult Members age 18 and older must attest to a personal relationship with the Lord Jesus Christ. A church leader may be interviewed to verify their testimony.

Adult Members profess the following Statement of Faith to qualify for Medi-Share membership:

- I believe that there is only one God (Deuteronomy 6:4) eternally existing in three Persons: the Father, Jesus Christ the Son, and the Holy Spirit (Matthew 28:19). I believe Jesus is God, in equal standing with the Father and the Holy Spirit (Colossians 1:15-20, 2:9).

- I believe the Bible is God's written revelation to mankind, divinely given through human authors who were inspired with the Holy Spirit (2 Timothy 3:16-17). It is completely authoritative, entirely true, and without error. The Bible is totally sufficient and is the only written revelation of God given to mankind for matters of salvation, life and faith.

8

○ I believe in the deity of Jesus Christ—who existed as God before anything was created (John 1:1), His virgin birth (Matthew 1:23), sinless life (Hebrews 4:15), miracles, death on the cross to provide for our redemption (1 Peter 2:24), bodily resurrection and ascension into heaven (1 Corinthians 15:3-8), present ministry of intercession for us (Hebrews 7:24-25) and His return to earth in power and glory (Matthew 24:30). He is the world's only Savior and is the Lord of all (John 14:6, Acts 4:12, Isaiah 45:21-23).

○ I believe in the personality and deity of the Holy Spirit (Acts 5:3-4), that He performs the miracle of new birth in an unbeliever and indwells believers (1 Corinthians 3:16), enabling them to live a godly life (Romans 8:14).

○ I believe man was created in the image of God, but because of sin was alienated from God. Alienation can be removed by accepting God's gift of salvation by grace through faith (Ephesians 2:8-10) which was made possible by Christ's death and resurrection. This faith will be evidenced by the works that we do (James 2:17, 26).

All Members agree to the following:

○ Live by biblical standards

○ Believers are to bear one another's burdens

○ Attend and actively support a fellowship of believers regularly

## B. Healthy Lifestyle

Members highly value the biblical principle that our physical bodies are temples of the Holy Spirit and should be kept pure. Members should strive to maintain healthy lifestyles, as this glorifies God and keeps medical costs down. Examples of unhealthy lifestyles include, but are not limited to, the following:

○ Use of tobacco

○ Use of illegal drugs

Applicants need to have abstained from the use of tobacco or illegal drugs for at least the 12 months prior to application in order to be eligible for membership. Applicants attest that they have not abused legal drugs, such as prescriptions or over-the-counter medication, or alcohol for at least the 12 months prior to application in order to be eligible for membership.

Members must only engage in sexual relations within a Biblical Christian Marriage.

An adult child (18-22) needs to meet the same faith and lifestyle requirements expected of all adult Members in order to stay on his or her parent(s) household membership. The child and parent must both certify that the child understands and lives by these requirements. If certification is received within 60 days of a child's 18th birthday, the child's membership may continue. If not, only Eligible Medical Bills incurred before the 18th birthday will be considered for sharing.

# II. MEMBERSHIP QUALIFICATIONS
### (CONTINUED)

## C. Application Review

Applicants and dependents provide medical and lifestyle information during the application process via an Online Medical Questionnaire (OMQ). The Head of Household should answer these questions for dependents under the age of 18. This helps determine qualification for Medi-Share membership and eligibility for sharing. It may be necessary for applicants to have providers submit medical records.

If a Member or Applicant becomes aware of any medical history not reported during the application process, that information should be immediately submitted in writing to Medi-Share. If information that would disqualify them from membership is omitted, Eligible Medical Bills may not be shared and/or membership may be cancelled.

## D. Health Partners

Medi-Share cares deeply about the health and well-being of all Members. For this reason, some Applicants may be required to become a Health Partner. Health Partners are Members who may be at higher risk for disease. CCM believes certain conditions are likely to be reversed through a healthy lifestyle. By reversing and/or preventing certain diseases, people are able to live healthier and fuller lives, ultimately being able to do more work for the Kingdom of God. CCM's goal is to help all Members reach their individual health goals so they can live more enriched lives.

A Health Partner is a Medi-Share Member who has access to unique online health content and personalized telephone-based coaching. The Health Partnership Program is designed to support Members in reducing the risk for major disease. Each Health Partner will develop and follow a personal plan for achieving health goals. Health Partners pay a monthly fee in addition to their Monthly Share. Many Members experience life-changing results such as lower cholesterol, healthy weight loss, and the reversal of diabetes.

## E. Spouse and Children

The following family members may be included or added to the Member Household if they meet the qualifications for membership:

- Spouse
- Biological children*
- Adopted children**
- Children in full legal custody or guardianship**
- Children in legal custody whose adoption is pending and have a legal placement agreement**

*Please see Section VII. D. to review how to add a newborn.
**Please review Section II. K. for additional information.

If the application to add a spouse is submitted and approved before or within 30 days after the marriage date, sharing in

eligible needs including a pregnancy occurring on or after the marriage date will start on the marriage date. The share increase will take effect on the first day of the month following approval.

## F. Adult Children of Members

Unmarried adult children of Members may be part of the parent(s) Member Household until they reach age 23* if they have a verifiable Christian testimony and commitment to healthy lifestyle outlined in these Guidelines. Within 60 days after the adult child's 18th birthday, he or she must complete the following to remain on his or her parent(s)' Member Household:

- Sign Medi-Share Testimony and Commitment form which includes:
  - a verifiable Christian Testimony (see Section II. A.)
  - an individual commitment to a healthy lifestyle (see Section II. B.)

*An exception would be those adult children 23 and older who are severely disabled and unable to live or work outside a special environment, who are still dependent upon and under the care of their parent(s).

It is the responsibility of the Member to notify Medi-Share when an adult child no longer qualifies as part of the Member Household. Continuing to submit the Monthly Share at the level that includes the adult child does not extend the membership. An adult child may be added to a Member Household if they meet qualifications for membership.

## G. Children of Members Who Apply for Individual Membership

Upon reaching 18 years of age, a child participating under his or her parent(s) Member Household may apply for his or her own membership. The application and Medi-Share membership fees will be waived. The restrictions on sharing during the first month of membership detailed in Section VI. B. will be waived. Any medical conditions previously eligible for sharing will continue to be eligible under the Individual membership.

## H. 65 Years of Age and Older

Applicants who are 65 or older are ineligible for Medi-Share. However, applicants who are 65 or older are eligible for Senior Assist. Senior Assist is a healthcare sharing program that has been specifically designed for seniors with Medicare Parts A and B.

Members who turn 65 and have Medicare Parts A and B can transition to Senior Assist, or remain on Medi-Share if they prefer. Members who do not have Medicare Parts A and B may remain on Medi-Share.

## I. U.S. Citizens Who Live or Have Lived Abroad

There are no additional membership qualifications for U.S. citizens who live or have lived abroad.

# I. MEMBERSHIP QUALIFICATIONS
### (CONTINUED)

## J. Non-U.S. Citizens

Legal aliens who live full-time in the U.S. can qualify for Medi-Share membership. Medical Bills incurred while not a legal resident of the U.S. are not eligible for sharing.

## K. Life Milestones

Medi-Share changes and grows with Members as they go through life. The following are instances where life changes may call for a Member to take action to maintain membership:

### 1. Adult Child*

- 18 to 22 years of age – Member must qualify to participate in membership.
- 18th birthday – The child Member must complete a Medi-Share Testimony and Commitment form to remain under his or her parent(s) Member household or apply for individual membership.
- 23rd birthday – A child Member turning 23 can apply for individual membership before the birthday, as he or she no longer qualifies to participate as part of the parent(s)' Member Household.
- Getting Married – The child Member may no longer participate under the Member Household of the parent(s) and must apply for his or her own membership.

*Continuing to submit Monthly Shares does not extend the child's membership.

### 2. Marriage/Divorce

- Marriage – A spouse must apply and qualify to be added as a Member. The application can be submitted before or after the marriage. Membership can start on or after the marriage date.
- Member on a $1,000 Annual Household Portion (AHP) marries, the AHP must be changed.
- Divorce – Members who are going through a divorce or whose marriage has ended in divorce should contact Member Services for information regarding their options and continuing their membership.

### 3. Adding Children

A child can be added to membership by submitting an Application to Add-on Family Member(s).

A newborn can be a member from birth if the application is submitted within 30 days of birth. If the application is not submitted within 30 days of birth, the newborn's effective date will be the first day of the month following approval of the Application to Add-on Family Member(s).

When a Medi-Share Member adopts a child or otherwise has obtained legal custody with legal responsibility for a child's medical care, that child can be added to the Member household by submitting an Application to Add-On Family Member(s) with acceptable forms of proof listed below:

- Valid, signed court order of adoption
- Valid pre-adoption placement order issued by a licensed child placement agency
- Adoption certification
- Adoption placement and petition for adoption

The child can be a member from the time of placement, court order or other legal procedure if the application to Add-on Family Member(s) is submitted within 30 days of any such action. If the application is not submitted within 30 days, then the child's effective date of membership would begin on the first day of the month following approval of the Application to Add-on Family Member(s).

If the adopted child is eligible/qualified for any other source of payment for the child's medical bills, the Member must cooperate with Medi-Share in qualifying for such payments and those resources must be exhausted before medical bill(s) will be considered for sharing, pursuant to Section XII. A.

### 4. Turning 65

- Members can transition to Senior Assist when they turn 65. Senior Assist is a program for individuals 65 or older with Medicare Parts A and B.
- Members may remain on Medi-Share if they choose to, or if they do not have Medicare Parts A and B.

### 5. Age Affects Share Amount

- A change of share amount may occur annually based on the date of birth of the oldest person in the Member Household.

- Because the $1,000 AHP program is only available for single memberships for unmarried people ages 18-29, when a 29-year-old Member on the $1,000 AHP turns 30, the AHP will automatically change to the next level of AHP with no fee or waiting period.
- A Member Household will be notified when its share amount changes.

## III. THE MEMBER'S ROLE

### A. Medi-Share Is Not a Substitute for Insurance Required By Law

Medi-Share is not insurance. However, Medi-Share can be used as a substitute for or an exemption from mandated insurance coverage in the following circumstances:

- to satisfy the federal mandate that became effective January 1, 2014 requiring "applicable individuals" to maintain "minimum essential [insurance] coverage";
- to satisfy the Massachusetts requirement to maintain "minimum creditable [insurance] coverage."

These are the only exceptions. Otherwise, Members must not certify that Medi-Share is insurance to avoid purchasing insurance required by law, rule or regulation (e.g. worker's compensation insurance or sports activity insurance).

# III. THE MEMBER'S ROLE
## (CONTINUED)

## B. Individual Financial Institution Accounts

To make Medi-Share more convenient for Members, Members share with each other using individual accounts at a financial institution. As part of the enrollment process, Members open an account at a financial institution designated by CCM, and Members authorize CCM to: 1) transfer funds between the Member Sharing Accounts to facilitate sharing, and 2) deduct program fees.

## C. Review Monthly Share Notice

Members receive monthly notices regarding their Monthly Share amount. Members, who want to participate in sharing, deposit their Monthly Share amount into their individual accounts for facilitation of bill sharing and continued membership. Members contribute an additional amount to the Extra Blessing fund when Monthly Shares are deposited after the due date. This contribution is $5.00 or 5% of the late amount, whichever is greater (see Section VI. L.).

## D. Praying and Sharing

An added benefit of being involved in Medi-Share is the community within the membership. Your Monthly Share Portion is assigned to another Member or other Members for payment of their Eligible Medical Bills.

To request prayer support and to pray for the current Member prayer needs, visit the Member Center.

## E. Pre-Notification

Members are required to direct their providers to pre-notify Medi-Share for any of the following treatments to be eligible for sharing:

- Inpatient Hospitalizations
- Non-Emergency Surgeries
- Elective Cardiac Procedures
- Cancer Treatment
- Organ/Tissue Transplant Services

Providers pre-notify online at *MyChristianCare.org/ForProviders* or by calling (321) 308-7777. To expedite the pre-notification process, providers should include applicable medical records.

In the event of emergency/urgent care, the Member or provider needs to provide notification within 72 hours of when care was given. Pre-notification of medical bills does not guarantee eligibility or sharing.

## F. Sharing Assistance

Christian Care Ministry understands some medical situations may cause financial hardship for Medi-Share Members. Monthly Shares may be waived for up to 3 months per 12 month period if a Member's illness or injury causes loss of income. This is subject to the approval of and monthly review by CCM. The Member is to submit supporting evidence regarding the situation. The illness or injury cannot be related to a medical condition, diagnosis, or treatment listed in Section VI. J.

## G. Cancellations and Withdrawals

Medi-Share membership will be cancelled if a Member does not deposit the Monthly Share for more than two months. The Cancellation Date will be the last day of the month for which the last Monthly Share was deposited. Only Eligible Medical Bills incurred on or before the Cancellation Date will be considered for sharing.

To prevent cancellation, Members can deposit each Monthly Share plus the late fee for Extra Blessings (see Section VI. L.). This deposit needs to be made within two months from the earliest due date. Eligible Medical Bills incurred during that time may still be submitted for sharing consideration.

Membership may also be cancelled if a Member acts in a manner inconsistent with their Christian testimony, for example, submitting fraudulent bills or information, or using inappropriate language with staff.

If a Member wishes to withdraw his or her individual membership, a family member or the entire family, they should notify Medi-Share by mail, e-mail, fax or phone. This action must be taken at least 15 days before the desired Cancellation Date. All changes in membership are effective on the first day of the applicable month.

**Mail:** P.O. Box 120099, West Melbourne, FL 32912-0099

**E-mail:** memberservices@medi-share.org

**Fax:** (321) 308-7779

**Phone:** (800) 264-2562





## III. THE MEMBER'S ROLE
### (CONTINUED)

### H. Reapplication After Cancellation

Members who were cancelled for not sharing faithfully are welcome to reapply. If approved for membership, Eligible Medical Bills will be shared after the first three months of the new membership term. All medical conditions arising before the date of reapplication will be subject to the Guidelines, including those outlined in Section VI. F. This includes the medical conditions that arose during the prior Medi-Share membership.

*I had spent four days in the hospital. Just this past week, I received my Medi-Share billing statement. On it was a three page, itemized list of all the members of Medi-Share who shared in my medical need to the tune over $32,000. It was just humbling, to read name after name, of the people who shared their dollars to pay for my medical costs. Proud to be part of this family of believers.*

—SARAH M.



# IV. MEDI-SHARE PROGRAM OPTIONS

## A. Annual Household Portion (AHP)

Members are able to customize their family's healthcare by choosing which Annual Household Portion (AHP) they prefer. The AHP is the dollar amount that a Member Household agrees to pay toward Eligible Medical Bills before any eligible bill may be shared among the Members. The AHP amount resets every 12 months on the Effective Date. Even if the AHP is not yet met, providers should still submit all medical bills to Medi-Share for processing. This ensures all Eligible Medical Bills will be applied toward the AHP and allows for the possibility of discounts.

## B. Changing Annual Household Portion

Members may change their AHP amount. See chart below for conditions:

| AHP resets to $0 with every AHP level change Fee to change is $75 | When can a Member change AHP levels? | When does the new AHP level go into effect? |
|---|---|---|
| Changing from LOWER AHP to HIGHER AHP | Anytime, unless pregnant | Effective the 1st of the next month* |
| Changing from HIGHER AHP to LOWER AHP** | One level of AHP at a time, unless pregnant | Effective the 1st of the 4th month following the request to change |

\* When moving from a lower to higher AHP, the request must be made by the first of the month for an effective date of the following month. If the change is requested after the first, the effective date will be the first of the second month following the request.

\*\* You cannot change to the $1,000 AHP unless you are unmarried and age 18-29.

Members with a $1,000 or $1,750 AHP are not eligible for sharing of maternity or adoption expenses.

There is an administrative fee of $75 to change the AHP.

Bills will be processed according to the member's AHP at the time the bills were incurred. Once the AHP change is made, the Effective Date changes to the date the new AHP begins. Any change in the AHP causes the amount of Eligible Medical Bills paid toward the AHP to reset to $0.

For example: On March 30, you are an active Member with a $3,000 AHP; you have incurred $1,000 toward your AHP and are approved for a lower AHP. On July 1, your lower AHP amount becomes effective. The amount of Eligible Medical Bills paid toward your new AHP now resets to $0 on July 1. However, the bills incurred prior to July 1 will continue to be applied towards the previous $3,000 AHP.

## C. Maximum Sharing Limits

Each Member enjoys sharing of his or her Eligible Medical Bills with no annual or lifetime limit. There are some exceptions for pre-existing conditions (Section VI. F.), maternity (Section VII.), motorcycle events (Section X. B.), and during the first month of membership (Section VI. B.).

## D. Health Incentive

Because of Medi-Share Members' commitment to healthy living, Members can be rewarded for their healthy choices. A Member Household may qualify for a health incentive in the form of a decreased Monthly Share. Members are eligible for the health incentive after the first month of membership is completed; however, they can start the application process earlier.The criteria, forms and instructions to apply for the Health Incentive can be found at *MyChristianCare.org*.

## E. Provider Fee

The Provider Fee is $35 for each office or hospital visit, or $200 for every emergency room visit. It is the Member's responsibility to pay the applicable Provider Fee at time of service or upon being billed by the provider at a later time. The Provider Fee is an initial payment applied toward the total office visit charges. The Provider Fee does not count toward the AHP and continues to be applied even after the AHP is met.

# V. PREFERRED PROVIDER ORGANIZATION (PPO)

## A. Using the Preferred Provider Organization (PPO)

To get the most from sharing, Members should use PPO providers whenever possible because these providers have agreed to discount their fees to Members. Consequently, using this network generally offers significant savings, both for individual Members in the form of lower out-of-pocket expenses and also for the membership in the form of lower Monthly Share amounts.

It's best to identify PPO providers and facilities in your region before you seek care. To do so simply go to *MyChristianCare.org/FindProviders*, or call the provider number on your Medi-Share ID card.

Your Medi-Share ID card must be presented to the provider before services are rendered or the discount may not be honored.

As a courtesy, many PPO providers also honor their discount agreement for services ineligible for sharing (such as routine care) if Members make payment promptly after receiving the Explanation of Sharing (EOS).



# V. PREFERRED PROVIDER ORGANIZATION (PPO)
## (CONTINUED)

## B. Using Non-PPO Providers

- Physicians and Other Professionals

  If a Member uses a non-PPO professional service provider, bills eligible for sharing are limited to the usual and customary (U&C) charge for that service based on independent norms. Charges above that amount are the Member's responsibility.

- Hospitals and Other Facilities

  If a Member uses a non-PPO hospital or other facility, the Member has an additional responsibility of either 20% of total charges or $500 per eligible bill, whichever is lower. This additional responsibility is over and above any other Medi-Share program element, such as the AHP.

- Non-PPO Waivers

  The additional responsibility associated with out-of-network costs may be waived in cases where there was a life-threatening emergency.

  Some additional responsibility may be waived when the travel distance to the nearest PPO qualified provider is more than 25 miles.

If pre-notification as described in Section III E. is not met, the additional responsibility may not be waived. Waivers can be requested by contacting Member Services. Waivers will be given after a balance bill has been issued by the provider. The request for the waiver must be received within 90 days from the date the Explanation of Sharing (EOS) was issued or within 12 months from date of service, whichever is greater.

# VI. DETAILS OF SHARING

## A.  CMS or FDA Approved Treatment

The cost of both CMS and FDA approved testing, treatments, and up to six months of FDA approved prescription drugs per eligible condition will be considered for sharing. They must be ordered by one of the following:

- Medical Doctor (M.D.)
- Doctor of Osteopathy (D.O.)
- Nurse Practitioner (N.P.)
- Physician's Assistant (P.A.)
- Doctor of Podiatric Medicine (D.P.M.)
- Dentist (D.D.S. or D.M.D.)
- Midwife
- Optometrist

These CMS or FDA approved tests and treatments are to be performed at one of the following:

- Hospital
- Surgery center
- Clinic
- Doctor's office
- Diagnostic facility

*With a sudden diagnosis of brain cancer, my wife's medical expenses began to quickly mount. As we soon discovered, the Medi-Share ministry would become a large part of our lives. Although our faith has remained strong, we were not expecting the level of support and partnership we have received from the Medi-Share staff, as well as the prayers and sharing support of the other members.*

**—RONALD R.**

# VI. DETAILS OF SHARING
## (CONTINUED)

For other locations to be considered, a pre-eligibility review is required.

To be considered for sharing, diagnosis and treatment are to be performed in the U.S. except in emergencies or when living abroad.

The provider must submit medical bills on a CMS 1500 or a UB and IB form (healthcare industry standard forms) to be considered for sharing.

Non-CMS or non-FDA approved testing, treatment, or prescription drugs may be considered for sharing if supported by current medical treatment standard of care. The cost for such treatments may be considered for sharing only for Members with physical findings and/or symptoms suggestive of a disease or injury as diagnosed by an approved medical provider as defined above:

## B. Sharing During the First Month of Membership

Members are eligible to receive up to $50,000 of their Eligible Medical Bills shared during their first month of membership. Members who went from being under a parent(s) Member Household to an individual membership have no cap on the amount of Eligible Medical Bills that can be shared during the first month of individual membership. (see Section II. F.).

## C. Determining Eligibility for Sharing

For care not requiring pre-notification, the eligibility of a medical bill for sharing is determined after medical services are rendered. Medical and lifestyle information help determine eligibility. Medical records from 36 months prior to membership may also be needed. The need for medical records is determined by the nature of the illness or the circumstances of the injury. If access to requested medical records is refused, the medical bill(s) cannot be shared.

## D. Lifestyle

Members must follow the Christian lifestyle and agree to the Statement of Faith. This is essential for Eligible Medical Bills to be shared. Members 18 years or older who do not follow the Christian lifestyle may have their membership cancelled. Examples of behavior that can lead to non-sharing and/or cancellation of membership include, but are not limited to:

- the use of tobacco in any form

- the use of Illegal Drugs

- the abuse of drugs including legal drugs, such as, alcohol, prescription and over-the-counter medications

- sexual relations outside of Biblical Christian marriage

- participation in activities that represent a willful disregard for personal safety

If a Member experiences significant weight gain, he or she will be required to participate as a Health Partner (see Section II. D.).





MyChristianCare.org

# VI. DETAILS OF SHARING
### (CONTINUED)

## E. Sharing for Members 65 and Older

Members who turn 65 years of age who choose not to change to Senior Assist may continue to participate in Medi-Share.

Senior Assist details are outlined in Section II. H.

When a Member has Medicare, Medi-Share will be secondary. Sharing of Eligible Medical Bills incurred on or after the first day of the month a Member turns 65 is based on the difference between the Medicare-allowable charges and the actual amounts paid by Medicare. The provider must submit a copy of the Medicare Explanation of Benefits and the CMS 1500, or UB and IB form.

## F.  Pre-Existing Medical Conditions or Related Conditions

Medical bills for diagnosis or treatment of a non-congenital pre-existing medical condition, defined as signs/symptoms, testing, diagnosis, treatment, OR medication for a condition within 36 months prior to membership (based on medical records), will ONLY be eligible for sharing as follows:

- ○ Up to $100,000 per Member per year (based on effective date) once the Member has been faithfully sharing for 36 consecutive months.

- ○ Up to $500,000 per Member per year (based on effective date) once the Member has been sharing faithfully for 60 consecutive months.

High blood pressure or cholesterol that is controlled through medication or lifestyle will not be considered a pre-existing medical condition for purposes of determining eligibility for future vascular events.

Where there has been a lapse in Membership, a condition will not be considered pre-existing if the first instance of the condition appeared during the previous Membership. An exception would be maternity that occurred outside the current Membership period, which will not be eligible for sharing.

## G.  Optional Review for Pre-Existing Medical Conditions prior to Surgical/Medical Procedures

A Member can receive an optional, preliminary determination of whether or not his or her proposed treatment appears to be eligible for sharing. This is done by requesting a medical history review to determine if the condition is related to a pre-existing condition. To request a review, contact Member Services at (800) 264-2562. Final eligibility determination is made after the medical bills are submitted for processing. It is possible a treatment that appeared to be eligible for sharing during the preliminary eligibility review will be determined to be ineligible if:

- ○ New information or additional medical records are provided that make the treatment ineligible due to pre-existing condition(s).

- ○ New information or additional medical records are provided that make the treatment ineligible due to lifestyle issue(s).

The number of days required to complete a preliminary review depends on the responsiveness of the providers who are asked to send in medical records.

# VI. DETAILS OF SHARING
### (CONTINUED)

## H. Care Management and Cost Management Support

Care and cost management support is available for Members with significant medical needs. Medi-Share offers support during times of medical decision making to any Member who requests it, and automatically for Members with certain medical conditions. For support in understanding and interpreting options for medical care, Members should contact Member Services at (800) 264-2562.

## I. Medical Conditions and Services Subject to Limited Sharing

Listed below are the treatments, medical conditions, procedures, and services with sharing stipulations:

○ Ambulance or other medical transport services are eligible for sharing when medically necessary or required for transportation between facilities.

○ Cardiac rehabilitation is eligible for sharing for up to 36 sessions following hospitalization for an eligible cardiac condition or a cardiac procedure such as angioplasty or stenting, when ordered by a qualified provider, if initial session begins within 6 months of cardiac event.

○ Chiropractic care — In cases which have been diagnosed by a licensed physician (M.D. or D.O) and the Member is offered only a surgical option, a chiropractic resolution may be eligible for sharing in lieu of surgery. The Member's physician must provide a case history, x-rays and a recommendation for chiropractic resolution. If approved, chiropractic care is limited to a maximum of 20 visits within a six week period. Tests ordered by a chiropractor are not eligible for sharing.

○ Durable Medical Equipment (DME) is eligible for sharing if the DME is ordered by a qualified CMS approved provider for the treatment of an eligible need. Motorized locomotion equipment (such as motorized wheelchairs and scooters), exercise equipment, and home modifications are not eligible for sharing. DME will not be rented for more than 6 months. In order to be eligible for sharing DME must be obtained from a CMS approved DME provider.

○ Genetic testing not required for treatment of an existing condition

○ Home Care is limited to treatment related to an eligible need ordered by a qualified provider for Members who are homebound for that need. A copy of the provider's order for the care must accompany the bill. Homecare services are limited to 60 calendar days from the first date of service for Home Care.



- [illegible] patient admission [illegible] acute care setting. Eligibility for more than one referral for the same diagnosis [illegible]
- [illegible] eligible for sharing up to [illegible] therapy [illegible]
- [illegible] Therapy [illegible] and Osteopathic Manipulation Therapy (OMT) are eligible for [illegible] ordered by a qualified provider [illegible] more than one referral for the same [illegible]

MyChristianCare.org

My.ChristianCare.org

# VI. DETAILS OF SHARING
## (CONTINUED)

- Psychiatric or primary care evaluation, associated lab tests. and medications for mental illness related to an eligible medical condition is eligible for sharing for six months per each new condition. Counseling and psychotherapy are not eligible for sharing.

- Sleep Apnea Studies are eligible for sharing if they are ordered by a qualified provider (Section VI.A) for an eligible need. Provider must submit case history with the recommendation for the sleep study. Sleep studies ordered for insomnia are not eligible for sharing.

- Prescription drugs – Prescription medications, including maintenance medications and allergy injections, are eligible for sharing for six months per each new condition that is not pre-existing. This includes prescription drugs that may be dispensed, injected or administered by a Medical Doctor (M.D.), Doctor of Osteopathy (D.O.), Nurse Practitioner (N.P.), Physician Assistant (P.A.), or Doctor of Podiatric Medicine (D.P.M.). Exceptions may be made in the case of medications for cancer and transplant recipients.

- Prostheses are eligible for sharing if ordered by a qualified Provider to treat an eligible need and meets CMS criteria. All prostheses require medical review. Only one prosthetic treatment plan per diagnosis is eligible for sharing. Replacement, repair and maintenance of prosthesis are not eligible for sharing.

## J. Medical Conditions and Services Not Eligible for Sharing

If a medical bill is related to a diagnosis, treatment or procedure that is ineligible for sharing in any way, that medical bill is also ineligible. Listed below are the treatments, medical conditions, procedures and services that are ineligible for sharing:

- Expenses related to non-Biblical lifestyles and choices – including, but not limited to:
  - Abortion of a live fetus (baby)
  - Alcohol and drug related injuries and illnesses
  - Sexually transmitted diseases (STDs) including HIV – Exceptions include innocent transmission via transfusion, rape, work-related needle stick or sex within marriage
  - Illegal acts – Any charges for a condition, disability or expense resulting from being engaged in an illegal occupation or the commission of or attempted commission of a crime
  - Intentionally self-inflicted injuries (e.g. suicide or attempted suicide)
  - Maternity expenses for children conceived out of wedlock with an exception for pregnancy resulting from rape

- Alternative Care including, but not limited to:
  - Vitamins/Supplements without a diagnosis of a specific deficiency
  - Acupuncture
  - Services from unapproved providers
  - Experimental or investigational treatments

- Behavioral/Mental Health care – including, but not limited to:
  - Psychiatric or psychological care
  - Special education charges
  - Counseling or care for learning deficiencies or behavioral problems, whether or not associated with a manifest mental disorder or other disturbance (e.g. Attention Deficit Disorders or Autism)

- Cosmetic procedures – including, but not limited to, breast augmentation or reduction (exceptions for breast reconstruction after breast cancer for the affected breast and the non-affected breast if recommended for purposes of symmetry)

- Dental and periodontal services – including, but not limited to:
  - Removal of wisdom teeth
  - Orthodontic/oral surgery (exception for trauma within one year of diagnosis)
  - Repair or replacement of dentures, bridges, and appliances

# VI. DETAILS OF SHARING
### (CONTINUED)

## J.  Medical Conditions and Services Not Eligible for Sharing (continued)

- – Diagnosis and treatment of temporal mandibular joint (TMJ) dysfunction or disease related to the joint that connects the jaw to the skull. This includes, but is not limited to braces, splints, appliances or surgery of any type

- – Complications or infections related to dental procedures

- ° Durable Medical Equipment – Motorized locomotion equipment (such as motorized wheelchairs and scooters), exercise equipment and home modifications.

- ° Fertility/infertility care – including, but not limited to:

  - – Birth control procedures, such as IUD, and/or related supplies

  - – Infertility testing and treatment

  - – Sterilization or reversals (vasectomy and tubal ligation)

  - – Embryo donation or adoption

- ° Medication or treatment for sexual health or dysfunction

- ° Miscellaneous care

  - – Care for symptoms not related to a specifically diagnosable disease or injury, such as ongoing fatigue and malaise

- – Counseling or consultation expenses including, but not limited to:
  - ° Dietary counseling
  - ° Diabetic counseling
  - ° Lactation counseling
  - ° Genetic counseling

- – Custodial Care/Long-term Care

- – Educational services and materials including, but not limited to:
  - ° Lamaze classes
  - ° Breast feeding classes
  - ° Early childhood intervention

- – Hearing aids

- – Non-prescription (over-the-counter) drugs and medical supplies/equipment. Supplies are defined as medical equipment which is disposable (requiring replacement within six months) which is purchased by the member for use at home outside of home health needs. This includes but is not limited to:
  - ° Diabetic supplies
  - ° Supplies for wound care
  - ° Ostomy supplies

- – Podiatric Orthotics (shoe inserts)

- – Telephone consultation, Internet consultations, missed appointment fees

- – Veteran Administration care and treatment

- – Weight control and management

- Routine and preventive care – including, but not limited to all well-patient care and screening tests and procedures, such as:
  - Physicals
  - Immunizations and vaccinations
  - Lab studies
  - Screening mammograms
    Screening colonoscopy
  - Vision Services and routine optometry care, including but not limited to:
    - All services related to nearsighted/farsighted/astigmatism, including contacts and eyeglasses
    - Refractive services
  - Routine optometric care and refractions
    Prophylactic and preventive surgery without personal history of diagnosis and doctor recommendation

  *There are exceptions for routine well-child care (see Section VIII.J.)*

- Sleep studies not related to a specific disease or disorder, including but not limited to:
  - Insomnia
  - Hypersomnia
- Surgery for gender identity disorder

- Billing irregularities
  - Delayed submissions – Bills are to be received by Medi-Share within 12 months from the date of service to be considered for sharing. Additional information requested from the Member and/or provider needs to be received by Medi-Share within the 12 months of service or the 90 days from the date requested, whichever is greater
  - Improper submissions – Bills are to be submitted by the provider following standard healthcare industry submission and coding guidelines. This is necessary for bills to be considered for sharing
- Improperly coded or submitted bills will not be shared
- Excessive or unnecessary provider charges are not eligible for sharing

## K. Conflicts of Interest

Medical bills will be ineligible for sharing if the provider or ordering provider is related to the Member by blood, marriage, or adoption or if the Member has a financial interest in the provider

## L. Extra Blessings

Members offer Extra Blessing contributions to further support the biblical concept of sharing one another's burdens. Extra Blessings is designed to assist members with eligible adoption expenses after two events (see Section VIII.) or significant bills

# VI. DETAILS OF SHARING
### (CONTINUED)

## L. Extra Blessings (continued)

that are ineligible for sharing, including those bills that are ineligible for sharing because they exceed the sharing limits in these guidelines, including the maternity sharing limits.

If a condition is ineligible for sharing based on Sections VI. I., J., or K., it is NOT eligible for Extra Blessings.

Extra Blessings gifts are used to fund the eligible Extra Blessings needs at 100% unless the needs exceed the Extra Blessings contributions, in which case they will be distributed on a pro-rated basis. At the end of each quarter, any Extra Blessings contributions remaining after all eligible pending Extra Blessings needs have been met may be used for general sharing. For more information, Members should contact Member Services at (800) 264-2562.

## M. Program Blessings

Members may qualify for public assistance or private benevolence programs. Those who use programs such as these will receive an incentive in the form of a share credit.

# VII. MATERNITY

## A. Eligibility for Sharing

Pregnant Members with an Annual Household Portion of $3,000 or higher who have faithfully shared from the month of conception through the month of delivery are eligible for maternity sharing.

Sharing is limited to $125,000 for any single pregnancy event, to include antepartum care, the cost of delivery and complications to the mother and/or child(ren) and postpartum care.

To be eligible, delivery must be performed by one of the following:

- Medical Doctor
- Doctor of Osteopathy
- Midwife who is properly licensed, certified and/or registered in the state of delivery as required by state law. In the absence of state law requirement, Medi-Share requires at least a minimum of North American Registry of Midwives credential.

## B. Maternity Complications

If the maternity is eligible for sharing, the cost of treatment for complications to the mother is also eligible for sharing. The cost of treatment for child(ren) who become Members at birth is eligible for sharing.

## C.  Multiple Births

Multiple births are considered a single pregnancy event.

## D.  Newborn Status

If a parent is a Member at the time of delivery:

- The newborn can be a Member from birth if the Application to Add-on Family Member(s) is submitted within 30 days of delivery;

- If the newborn is not added to membership within 30 days of delivery, the child's Effective Date will be the first day of the month following approval of the Application to Add-on Family Member(s).

If the mother is not a Member from the time of conception through delivery, the following are instances where maternity bills are ineligible for sharing:

- Eligible Medical Bills incurred before the newborn's Effective Date
- Unresolved maternity medical conditions of child or mother

If the mother is not a Member at the time of conception through delivery, the mother and/or child(ren) are ineligible for Extra Blessings for that pregnancy or complications from that pregnancy.



ChristianCare.org



MyChristianCare.org

## E.  Well-Child Care

Medi-Share highly values the importance of family and wants to ensure newborns and children receive the very best care in the early stages of their life. Sharing for routine well-child care is eligible until the child reaches the age of six. Well-child care is defined as recommended, routine check-ups and associated lab work, excluding vaccinations and/or immunizations.

## F.  Pregnancies of Unwed Mothers

Members agree that sex should be exclusively within Biblical Christian Marriage. Thus, maternity medical expenses for newborns conceived outside of marriage are ineligible for sharing. Pregnancies resulting from rape reported to a law enforcement authority are the only exception.

In order to encourage and support the preservation of the lives of these unborn children, Medi-Share is dedicated to assisting in arranging for maternity and adoption services through Christian organizations.

# VIII. ADOPTION

The Medi-Share program allows Members to share in adoption costs. Up to two adoption events can be shared per Member Household. The adoption of multiple children at the same time is considered one event. Sharing is available according to the following chart. For adoptions, the AHP does not have to be met for sharing to occur. The adopted child(ren) cannot be related to the Member or spouse by blood or marriage.

| Annual Household Portion (AHP) | Adoption Sharing Limit |
|---|---|
| $3,000 | $4,100 |
| $4,250 | $3,600 |
| $5,500 | $3,100 |
| $8,000 | $2,100 |
| $10,500 | $1,100 |

* Adoption sharing is not available for Members with a $1,000 or $1,750 AHP.

The first event is eligible for sharing after the Member shares at a level set for two or more persons for 24 continuous months prior to the adoption becoming final.

The second event will only be considered for sharing if:

º  membership has been without break since the first finalized and shared adoption event, and

º  at least 12 months have passed since the first finalized adoption event to the second finalized adoption event, and

º  sharing was at a level set for two or more persons for the entire period between adoption events.

An adopted child who qualifies for membership will still be subject to the same limitations as any new Member.

If they have been Members for the timeframes outlined above, Members may apply for Extra Blessings (see Section VI. L.) to receive additional monetary assistance for adoption costs after the second adoption event. The Extra Blessings amount cannot exceed the original adoption sharing limit per program listed in the previous chart.

# IX. CONDITIONS OF SHARING

## Medi-Share Is Not a Substitute for Insurance Required By Law

Medi-Share is not insurance. However, Medi-Share can be used as a substitute for or exemption from mandated insurance coverage in the following circumstances:

º  to satisfy the federal mandate that became effective January 1, 2014 requiring "applicable individuals" to maintain "minimum essential [insurance] coverage"

º  to satisfy the Massachusetts requirement to maintain "minimum creditable [insurance] coverage"

These are the only exceptions. Otherwise, Members must not certify that Medi-Share is insurance to avoid purchasing insurance required by law, rule or regulation (for example, worker's compensation insurance or sports activity insurance).

# X. MOTORIZED VEHICLE ACCIDENTS

## A. Age, Safety Equipment and Lifestyle

If a motor vehicle or aircraft accident occurs, there are some additional considerations for sharing eligibility. Diagnosis and treatment of injuries will not be eligible to be shared if any of the following applies:

- There was abuse of alcohol or legal drugs, or the use of Illegal Drugs.

- The vehicle or aircraft was used in a race, to perform a stunt, or in the commission of a crime.

- The minimum operator age recommended by the manufacturer or required by law was not followed.

These apply regardless of whether the Member was operating the vehicle or was a passenger.

Helmets and seatbelts are expected to be worn when they are legally required. If either was not used but was legally required, Members have an additional Member portion. This additional amount is calculated as 15% of the first $100,000 of Eligible Medical Bills related to a motorized vehicle or aircraft accident. This 15% is in addition to the Member's AHP.

## B. Motorcycle Injuries

A Member can receive up to $100,000 in sharing of Eligible Medical Bills toward diagnosis and treatment of motorcycle accident injuries incurred in a 12-month period. A motorcycle is defined as a two-wheeled, motorized vehicle with an engine size displacement of at least 50 cubic centimeters. A Member who is injured, while on a motorcycle used to perform mission work outside of the U.S., is exempt from this $100,000 limit.

## C. Reporting Injuries

Members call Member Services (800-264-2562) to report injury details of motorized vehicle accidents. The following documents may be necessary to determine eligibility for sharing:

- A copy of the insurance policy for an owned vehicle or aircraft (or the contract if rented or leased)

- The official accident report

- Medical records relating to the care and transportation of the injured Member(s)

- Information that pertains to other vehicle(s) and parties involved in the accident

# XI. WHEN A MEMBER DIES

There are provisions when a Member dies to help ease the burden on the family. Up to $5,000 of the final expenses listed below are eligible for sharing if the Member met the "Membership Qualifications" at the time of death.

Final expenses eligible for sharing are limited to the following expenses:

- embalming
- cremation
- casket
- headstone
- burial plot
- funeral director's costs
- flowers
- travel expenses for the Member's body

The original bill(s) and a certified copy of the death certificate(s) are to be submitted to Medi-Share within one year of the death of the Member.

Up to $5,000 in burial expenses for stillborn children are eligible for sharing per pregnancy.

# XII. MEDI-SHARE IS SECONDARY TO OTHER SOURCES

## A. Members Entitled to Insurance or Other Benefits

There are many benefits to participating in a healthcare sharing ministry. However, it is important Members understand Medi-Share is not insurance. If a Member has insurance or is eligible/qualified for any of the following, the Member must cooperate with Medi-Share in qualifying for such payments:

- Worker's Compensation
- Fraternal benefits designed to pay all or part of medical bill(s)

Those resources must be exhausted before medical bill(s) will be considered for sharing.

## B. Injury on the Property of Another

If a Member is injured on the property of another, the following apply:

- Members are encouraged to work with Medi-Share to pursue claims against the property owner.

# XII. MEDI-SHARE IS SECONDARY TO OTHER SOURCES

(CONTINUED)

- ◦ If the injury is a result of an incident eligible for worker's compensation or negligence on the part of the property owner, the Member must cooperate with CCM in the pursuit of the claim before medical bill(s) will be considered for sharing.

## C. Medi-Share and Subrogation

Christian Care Ministry, Inc. ("CCM"), for the benefit of Members, will be subrogated to any and all rights that a Member has against any and all parties responsible for causing the injuries or illnesses for amounts Members provided to or for the benefit of the Member, including any and all first monies paid (or payable) to or on behalf of the Member and regardless of whether or not the Member has been made whole. CCM, for the benefit of Members, will also be reimbursed for any and all amounts Members provide to or on behalf of a Member as a result of injuries or illnesses which result from the actions or liability of a third party, and/or which result in a settlement, judgment or other award or recovery to or by a Member from a third party tortfeasor, including any person or entity liable for or indemnifying the Member. CCM's subrogation rights for the benefit of Members are listed in their entirety in the Guidelines

maintained on the Medi-Share website, and a Member's membership in Medi-Share is subject to and conditioned upon compliance with such provisions. Please review the entirety of Section XII. C. at the website: *MyChristianCare.org/Guidelines*

# XIII. APPEALS

## A. Impartiality

Christian Care Ministry serves Members who share in the burdens of fellow Christians. CCM does not gain financially by determining medical bills are ineligible for sharing among Members. CCM is a not-for-profit corporation, recognized as tax exempt under Section 501(c)(3) of the Internal Revenue Code. CCM has no owners, stockholders or investors. CCM impartially carries out the wishes of the Members as expressed in these Medi-Share Guidelines.

## B. Sharing Appeal

A Member can appeal bill-sharing decisions with which they disagree. Before appealing, a Member should engage in careful thought and prayer about whether he or she honestly believes an error was made. Members have 90 days from the day the decision in question was made to request a review by CCM.

A Member can issue an appeal if he or she believes:

- the medical records were misread,
- the Guidelines were misapplied, or
- one or more of the Member's providers incorrectly recorded the medical history.

After a review by CCM, if the Member disagrees with CCM's decision, the Member has 90 days to request a review by a Seven Member Appeal Panel. CCM and the Member will both submit a written position statement to the panel. A teleconference will be held where the panel can ask questions of both the Member and CCM. A simple majority vote (four out of seven) will carry the decision.

## C. Biblically-Based Mediation and Arbitration

As Christians, the Members and the staff of Christian Care Ministry believe that the Bible commands them to make every effort to live at peace and to resolve disputes with each other in private or within the Christian community in conformity with the biblical injunctions of 1 Corinthians 6:1-8, Matthew 5:23-24, and Matthew 18:15-20. Therefore, the parties agree that any claim or dispute arising out of, or related to, this agreement or any aspect thereof, including claims under federal, state, local statutory or common law, the law of contract or law of tort, that may remain after a Member has exhausted his appeals provided for in Section XIII. B., including a determination whether this arbitration provision is valid, shall be settled by biblically-based mediation. The mediation shall be conducted in accordance with the Rules of Procedure for Christian Conciliation of the Institute for Christian Conciliation, a division of Peacemaker Ministries (complete text of the rules is available at *HisPeace.org*), with each party to bear their own costs, attorney's fees and 50% of the mediator's fee, and with the mediation filing fee to be borne by CCM.

If resolution of the dispute and reconciliation do not result from mediation, the matter shall then be submitted to an independent and objective arbitrator for binding arbitration. The parties agree that the arbitration process will also be conducted in accordance with the Rules of Procedure for Christian Conciliation, with each party to bear their own costs, attorney's fees, and 50% of the arbitrator's fee, and with the arbitration filing fee to be borne by CCM. Each party shall agree to the selection of the arbitrator. If there is an impasse in the selection of the arbitrator, the parties agree that the Institute for Christian Conciliation shall choose the arbitrator.

The parties agree that these methods of dispute resolution shall be the sole remedy for any controversy or claim arising out of this agreement, and they expressly waive their right to file a lawsuit against one another in any civil court for such disputes, except to enforce a legally binding arbitration decision.



**Annual Household Portion (AHP)** – The dollar amount a Member Household must pay toward their Eligible Medical Bills during a 12-month period before their Eligible Medical Bills will be approved for sharing. The AHP 12-month period begins with the Effective Date.

**Biblical Christian Marriage** – A marriage which is a union of one man and one woman. (Genesis 2:22-24, Matthew 19:5, Ephesians 5:22-32)

**Bill Approved for Sharing** – An Eligible Medical Bill that meets the criteria for sharing in the Guidelines and meets the other conditions for sharing, including whether the Member's AHP has been met and if other sharing limits have not been exceeded.

**Cancellation Date** – The month and day membership ends due to the Member's withdrawal, for reasons including not following the Guidelines or for nonpayment of monthly shares.

**CMS** – The Centers for Medicare & Medicaid Services is nationally recognized and provides listings for providers, services, procedures and facilities to ensure they meet specific criteria to ensure the safety of the beneficiaries receiving these services.

**Effective Date** – The month and day membership begins or the month and day of the most recent Annual Household Portion (AHP) change. Effective Date is used to determine when the 12-month period begins and ends for the purpose of the Annual Household Portion.

**Eligible for Sharing** – Any testing, treatment, procedure or service that meets the criteria for sharing as established in the Guidelines.

**Eligible Medical Bill** – An incurred medical bill that meets the criteria for sharing as established in the Guidelines. The Eligible Medical Bill will be reduced by any discounts, fees or other sources of payment.

**Explanation of Sharing (EOS)** – A statement for Members and providers that reflects how medical bills are processed. The EOS reports how much of the bill was shared, how much was discounted through the PPO network, and the amount of the Member's responsibility, if any.

**FDA** – The Food and Drug Administration is responsible for protecting the public health by assuring the safety, efficacy and security of human and veterinary drugs, biological products, medical devices, our nation's food supply, cosmetics, and products that emit radiation.

**Illegal Drugs** – Drugs which are classified as Schedule 1 in Title 21 United States Code Controlled Substances Act.

**Incident** – The occurrence of an illness or an injury of a Member, requiring a diagnosis of symptoms and treatment of a specific condition.

**Member** – Any Member of Medi-Share, including each family member participating in a Member Household.

**Member Household** – Every Member who participates in Medi-Share with his or her immediate family under the same monthly share and AHP. A single Member is also considered a Member Household.

**Monthly Share** – The dollar amount that a Member faithfully contributes each month as his or her Monthly Sharing Portion and Monthly Administrative Portion. The Monthly Share is subject to change without notice.

- Monthly Sharing Portion – The dollar amount of a Monthly Share that pays all or part of one or more of another Member's Eligible Medical Bills.
- Monthly Administrative Portion – The dollar amount of a Monthly Share that is transferred to CCM for the payment of its administrative expenses.

**Notification of Sharing** – The act of notifying the membership of an Eligible Medical Bill that is approved for sharing.

**Pre-existing** - A sign, symptom, diagnosis, testing (including labs and/or radiology studies), medication, or treatment of a condition that a Member has before the start of membership.

**Provider Fee** – The portion of a medical bill that a Member pays at each visit to a medical provider, which applies even after the Annual Household Portion (AHP) has been met or exceeded. The Provider Fee is not applied toward the AHP. The Provider Fee is an initial payment applied toward the total office visit charges.

**Sign** - An objective observation or finding.

**Standard of Care** – Treatment that is accepted by medical experts as a proper treatment for a certain type of disease and that is widely used by healthcare professionals.

**Symptom** - A subjective experience, observation or finding.

## AT YOUR REQUEST

The contact information for the following groups and organizations associated with the Medi-Share program is available to Members upon request:

- **BOARD OF DIRECTORS**
- **BANK REFERENCES**
- **CERTIFIED PUBLIC ACCOUNTANTS**
- **MINISTRY ATTORNEYS**
- **REFERENCES**

Upon request and with notice, the following information can be provided to an inquirer or Member:

- **ANNUAL BALLOT RESULTS**
- **ANNUAL AUDITED FINANCIAL STATEMENTS**
- **501(C)(3) DETERMINATION LETTER**

43



**Medi-Share**®

**STAY CONNECTED** AND **SAY HELLO**

P.O. Box 120099 • West Melbourne, FL 32912-0099

(800) PSALM 23 (800-772-5623)

MyChristianCare.org

Medi-Share is not insurance. Effective July 2019.

07012019

# Exhibit B

**IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, VANDALIA, ILLINOIS**

JONI DANIEL and LARRY DANIEL,    )
    )
    Plaintiffs,    )
    )    No. 2021-CH-3
    )
    vs.    )
    )
CHRISTIAN CARE MINISTRY, INC., a    )
FLORIDA not-for-profit corporation d/b/a    )
MEDI-SHARE,    )
    )
    Defendant.    )

**ALIAS SUMMONS**

To each defendant:    Christian Care Ministry, Inc., c/o Karen Lorenzini, 801 Aldai Stevenson Drive, Springfield, Illinois 62703

    You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in this office of the Clerk of this Court, at Fayette County Government Center, Vandalia, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

    The court shall make every reasonable effort to accommodate you to appear via telephone or video. This is called a "Remote Appearance." Call the Circuit Clerk at 618-283-5009 or visit their website at http://fayettecountyillinois.org to find out how to do this.

    E-filing is now mandatory with limited exemptions. To e-file, you must create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

    If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application."

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 21 days after the date of issuance.

4/6/2021

WITNESS _____, 20_____

_____
(Clerk of the Circuit Court)

By: _____
(Deputy)

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
Kara J. Wade of Taylor Law Offices, P.C.
Attorney for Plaintiff
122 East Washington Avenue, P.O. Box 668
Effingham, Illinois 62401
(217) 342-3925
wade@taylorlaw.net

Date of service _____, 20_____

(To be inserted by officer on copy left with defendant or other person)

## NOTICE TO DEFENDANTS

(1)     The hearing shall take place via videoconference using the Zoom Cloud Meeting application or program on your computer, tablet, or cell phone with the following log-in information:

Meeting ID: 331-447-0031
Passcode: NONE
One tap mobile:     ++13126266799,,8434919766#,,,,,,0#,,441821# US (Chicago)
                    +13017158592,,8434919766#,,,,,,0#,,441821# US (Washington D.C)
Dial by your location:
+1 312 626 6799 US (Chicago)
+1 301 715 8592 US (Germantown)
+1 929 205 6099 US (New York)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 669 900 6833 US (San Jose)

If you believe you have evidence (also known as exhibits) in the form of a document, you must e-file each exhibit, separating each, as a "Proposed Order" in the same filing.

Attached to this Notice is instructions for the use of Zoom.

(2)     In any action for forcible detainer or for recovery of possession of tangible personal property, the summons shall be in the same form, but shall require each defendant to appear on a day specified in the summons not less than seven or more than 40 days after the issuance of summons.

(3)     If service is to be made under section 2-208 of the Code of Civil Procedure the return day shall be not less than 40 days or more than 60 days after the issuance of summons, and no default shall be taken until the expiration of 30 days after service.

**YOU CANNOT APPEAR IN PERSON. YOU MUST APPEAR BY VIDEO ON ZOOM.**

Sheriff's fees      Service and return      $_____

               Miles _____

               Total                      $_____

_____

Sheriff of _____ County

      I certify that I served this summons on defendants as follows:

(a)-(Individual defendant - personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____

_____

_____

(b)-(Individual defendants - abode):

      By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person:)

_____

_____

      And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of Defendant        Mailing Address        Date of mailing

_____    _____    _____

_____    _____    _____

(c)-(Corporation defendants)

      By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, a follows:

Defendant Corporation    Registered Agent, officer or agent    Date of mailing

_____    _____    _____

_____    _____    _____

(d)-(Other service):

_____

_____

_____

                       Sheriff of _____ County

                       BY: _____

                                          Deputy

R:\Docs\002784\20170624\PLDG\18S3175.WPD

# Exhibit C

**Poland, Christian**

| | |
|---|---|
| **From:** | sop <sop@cscinfo.com> |
| **Sent:** | Friday, April 16, 2021 12:56 PM |
| **To:** | Suzanne Ferguson |
| **Subject:** | [ Possible Spam ]  Notice of Service of Process - Transmittal Number: 23068376 |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.





**NOTICE OF SERVICE OF PROCESS**

## Transmittal Number: **23068376**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

---

| | |
|---|---|
| **Entity:** | Christian Care Ministry Inc. |

| | |
|---|---|
| **Entity I.D. Number:** | 2398693 |
| **Entity Served:** | Christian Care Ministry, Inc. |
| **Title of Action:** | Joni Daniel vs. Christian Care Ministry, Inc. d/b/a Medi-Share |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Fayette County Circuit Court, Illinois |
| **Case/Reference No:** | 2021CH3 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 04/15/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Christopher A. Koester
217-342-3925

**Primary Contact:**
Suzanne  Ferguson
Christian Care Ministry, Inc.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

**251 Little Falls Drive, Wilmington, Delaware 19808-1674**
**(888) 690-2882   |   sop@cscglobal.com**

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONI DANIEL and LARRY DANIEL,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CHRISTIAN CARE MINISTRY, INC.,<br><br>                    Defendant. | Case No. |

## DECLARATION OF SCOTT REDDIG IN SUPPORT OF
## DEFENDANT'S NOTICE OF REMOVAL

I, Scott Reddig, declare as follows:

1.      I am over the age of 18, am competent to make this Declaration, and have personal knowledge of the facts set forth herein.

2.      I am employed by, and serve as the Chief Executive Officer of, Christian Care Ministry, Inc. ("CCM").

3.      CCM is a not-for-profit corporation incorporated under the laws of Florida.

4.      CCM's principal place of business is at 4150 W. Eau Gallie Blvd., Melbourne, Florida 32024.  CCM is headquartered at this address and it is from this location that CCM's officers direct, coordinate, and control the affairs of CCM's ministry.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of May, 2021.

_Scott Reddig_
Scott Reddig

# Exhibit E

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, ILLINOIS

| | |
|---|---|
| JONI DANIEL and LARRY DANIEL,<br><br>                      Plaintiffs,<br><br>    vs.<br><br>CHRISTIAN CARE MINISTRY, INC., a<br>Florida not-for-profit corporation d/b/a MEDI-<br>SHARE,<br><br>                      Defendant. | Case No.  2021 CH 3 |

**NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

TO THE CLERK OF THE COURT:

NOTICE IS HEREBY GIVEN that Defendant, Christian Care Ministry, Inc., by its attorneys, has removed the above-captioned case pursuant to the Notice of Removal of Action Under 28 U.S.C. § 1441 filed with the United States District Court for the Southern District of Illinois, on May 14, 2021, a copy of which (excluding the exhibits thereto) is attached hereto as Exhibit A.

Dated:  May 14, 2021                    Respectfully submitted,


                                         /s/ Christian Poland
                                        One of the Attorneys for Defendant,
                                        Christian Care Ministry, Inc.

Christian Poland
Bryan Cave Leighton Paisner LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
312-602-5000
312-602-5050 [fax]
christian.poland@bclplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically submitted a true and correct copy of the foregoing document to the Clerk of the Court using the Court's approved electronic filing service provider.  I further certify that on May 14, 2021, I served a true and correct copy of the foregoing document upon Plaintiffs' counsel by causing said document to be sent by email, addressed as follows:

> Christopher A. Koestser
> Kara J. Wade
> Taylor Law Offices, P.C.
> 122 E. Washington Ave.
> Effingham, Illinois  62401
> koester@taylorlaw.net
> wade@taylorlaw.net

          /s/ Christian Poland