IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONI DANIEL and LARRY DANIEL,<br><br>                Plaintiffs,<br><br>vs.<br><br>CHRISTIAN CARE MINISTRY, INC.,<br><br>                Defendant. | Case No.  3:21-cv-484-MAB |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT
PURSUANT TO RULES 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6),
MOTION TO COMPEL ARBITRATION,
AND MOTION FOR AWARD OF ATTORNEYS FEES**

Defendant, Christian Care Ministry, Inc. ("CCM"), hereby moves the Court for an order (1) dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), (2) compelling Plaintiffs to pursue mediation and arbitration of their claims as required by the parties' written alternative dispute resolution agreement, and (3) assessing monetary sanctions against Plaintiffs' counsel in the amount of the attorneys fees expended by CCM in defending against this improperly brought lawsuit.  In support of its motion, CCM relies on its contemporaneously filed supporting memorandum.

Dated:  May 21, 2021                      Respectfully submitted,

                                                       /s/ Christian Poland
                                             One of the Attorneys for Defendant,
                                             Christian Care Ministry, Inc.

Christian Poland
Bryan Cave Leighton Paisner LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601
312-602-5000
312-602-5050 [fax]
christian.poland@bclplaw.com

## CERTIFICATE OF SERVICE

Christian Poland, one of the attorneys for the Defendant, states that on May 21, 2021, he served a true and correct copy of the foregoing document upon counsel for Plaintiffs by causing said document to be delivered to them via the Court's ECF system, addressed as follows:

>Christopher A. Koestser
>Kara J. Wade
>Taylor Law Offices, P.C.
>122 E. Washington Ave.
>Effingham, Illinois  62401
>koester@taylorlaw.net
>wade@taylorlaw.net


    /s/ Christian Poland

603574521.1