# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONI DANIEL and LARRY DANIEL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHRISTIAN CARE MINISTRY, INC., a ) <br> Florida not-for-profit corporation d/b/a ) <br> MEDI-SHARE, ) <br> ) <br> Defendant. ) | 21-CV-00484 |

## JOINT STATUS REPORT

Pursuant to this Court's Order entered on September 20, 2021 (Dkt. 25), counsel for all parties report as follows:

1. The Parties have reached an agreement in principle to resolve this matter, and now need to draft a settlement agreement acceptable to all parties.

2. The Parties anticipate filing dismissal documents herein well before the next required reporting date of March 1, 2022.

DATED:  December 1, 2021				Respectfully submitted,

						*/s/ Kara J. Wade*
						Attorney for Plaintiffs


						*/s/ Christian Poland*
						Attorney for Defendant

604519586.2